IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

IN RE: LAWANDA HARPER                   CASE NO:
      DEBTOR                                               CHAPTER 13

**APPLICATION FOR ATTORNEY'S FEES AND COSTS
FOR PRE-CONFIRMATION SERVICES**

Dickerson Law Firm, P.A., Petitioner, and Attorney for the debtor, states as follows:

1. Petitioner has or will perform the following legal services for the debtor regarding this case: Preliminary meetings with and counseling of the debtor; preparation and filing of petition, schedules, plan and any other required statements or support documentation; attendance at 341(a) meeting; advising the debtor regarding requirements to obtain a discharge, including the obtaining of a financial management course; filing any required statements regarding completion of a financial management course and required certifications for domestic support obligations; routine consultation with the debtor from time-to-time after confirmation regarding the status of the case and steps needed for plan completion, including without limitation, changes of address, changes in employer/employee withholding, review of summary notices of claims, review of annual/semi-annual reports, and review or preparation of miscellaneous correspondence regarding the case; and compliance with all requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, General Orders, Local Rules and procedures. Additionally, Petitioner seeks reimbursement of actual and necessary costs for creditors served by regular mail (not to exceed $2.75 per creditor) or by certified mail (not to exceed $11 per creditor).

2. Petitioner has reached the following arrangement with the debtor for the services:

   | | |
   |---|---|
   | TOTAL ATTORNEY FEE REQUESTED: | $4300.00 |
   | LESS FEES RECEIVED PRIOR TO FILING: | $0.00 |
   | (excluding filing fee) | |
   | PLUS SERVICE COSTS: | |
   | (36 regular mail notices @ $2.75): | $99.00 |
   | (_____ certified mail notices @ $11.00): | $0.00 |
   | | |
   | TOTAL FEES AND COSTS FOR PRE-CONFIRMATION SERVICES: | $4399.00 |

3. Petitioner further states that no understanding or agreement has been made directly or indirectly for the division of fees between Petitioner and the debtor or any person, firm or corporation.

4. The debtor and Petitioner agree that the Trustee shall first pay administrative costs, then an initial fee to Petitioner of $1,200.00, from funds paid to the Trustee by the debtor, and the remaining fee at the rate of 25% of the total disbursed to creditors each month.

5. Debtors specifically agree that should the Chapter 13 case be dismissed before confirmation due to the debtor's noncompliance, including but not restricted to the failure to: attend the 341 meeting, file required tax returns, fund the plan, or cooperate in the filing of any required modification, attorney fees approved by the Court shall be paid to the attorney from funds on hand prior to refund to the debtors subject to the entry of an Order complying with §503(b).

/s/ LH
(initial)

**DICKERSON LAW FIRM, P.A.**
**PO BOX 6400**
**HOT SPRINGS, AR 71902-6400**
**501/321-0808**
**FAX 501/321-2954**

**BY: /s/ Matthew D. Black**
**MATTHEW D. BLACK, BAR #2007-259**
**CURTIS A. SHEPHERD, BAR #2023-250**
**JACK W. DICKERSON, BAR #91001**

/s/ Lawanda Harper
LAWANDA HARPER