# Notice Recipients

District/Off: 0861−1     User: admin     Date Created: 3/1/2024
Case: 1:24−bk−70336     Form ID: 309I     Total: 35

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
5319169     Midland Funding LLC
5319178     Minneapolis, MN 55426
5319177     Verizon Wireless

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     LaWanda Latrease Harper     5506 Oakwood Dr.     El Dorado, AR 71730
ust     U.S. Trustee (ust)     Office of U.S. Trustee     200 W Capitol, Ste. 1200     Little Rock, AR 72201
tr     Jack W. Gooding     Chapter 13 Standing Trustee     **Line 1: 877−988−6627 code3840362**     **Line 2: 877−921−0644 code4852474**     P.O. Box 8202     Little Rock, AR 72221−8202
aty     Matthew Dean Black     Dickerson Law Firm, P.A.     PO Box 6400     Hot Springs, AR 71902
5319149     06 Progressive     Attn: Bankruptcy     5805 Sepulveda Blvd     Fl 4     Sherman Oaks, CA 91411−2532
5319150     12 Celtic Bank     Attn: Bankruptcy     PO Box 1216     Chesapeake, VA 23327−1216
5319151     12 First Electronic Bank     Attn: Bankruptcy     PO Box 1216     Chesapeake, VA 23327−1216
5319153     American Credit Accept     961 E Main St     Spartanburg, SC 29302−2185
5319152     American Credit Accept     Attn: Bankruptcy     961 E Main St     Fl 2     Spartanburg, SC 29302−2185
5319154     Caine Weiner     PO Box 55848     Sherman Oaks, CA 91413−0848
5319155     Capital One     Attn: Bankruptcy     PO Box 30285     Salt Lake City, UT 84130−0285
5319156     Capital One     PO Box 31293     Salt Lake City, UT 84131−0293
5319157     Capital One Bank USA N.A.     Attn: Bankruptcy     120 Corporate Blvd     Norfolk, VA 23502−4952
5319158     Chime/Stride Bank NA     Attn: Bankruptcy     PO Box 417     San Francisco, CA 94104−0417
5319159     Chime/Stride Bank NA     PO Box 417     San Francisco, CA 94104−0417
5319161     Colonial Auto Finance/     802 SE Plaza Ave     Bentonville, AR 72712−3220
5319160     Colonial Auto Finance/     Attn: Bankruptcy     1805 N 2nd St     Ste 401     Rogers, AR 72756−2423
5319162     Credit Acceptance Corp     Attn: Bankruptcy     25505 W 12 Mile Rd     Ste 3000     Southfield, MI 48034−8331
5319163     Credit Acceptance Corp     PO Box 5070     Southfield, MI 48086−5070
5319164     Credit One Bank N.A.     Attn: Bankruptcy     PO Box 939069     San Diego, CA 92193−9069
5319165     Dept of Education/Neln     PO Box 82561     Lincoln, NE 68501
5319166     First Premier Bank     3820 N. Louise Ave     Sioux Falls, SD 57107
5319167     Midland Credit Managem     320 E Big Beaver Rd     Troy, MI 48083−1238
5319168     Midland Funding LLC     PO Box 939069     San Diego, CA 92193
5319170     Paytomrw     9920 Kincey Ave     Huntersville, NC 28078−2400
5319171     Portfolio Recov Assoc     120 Corporate Blvd     Norfolk, VA 23502−4952
5319172     Springoakcap     PO Box 1216     Chesapeake, VA 23327−1216
5319173     State of Arkansas     ADF&A Legal Division     PO Box 1272, Rm 2380     Little Rock, AR 72203−1272
5319174     Tempoe LLC     Attn: Bankruptcy     55 Monette Pkwy     Ste 100     Smithfield, VA 23430−2577
5319175     Vance & Huffman LLC     55 Monette Pkwy     Smithfield, VA 23430−2577
5319176     Verizon Wireless     Attn: Bankruptcy     500 Technology Dr     Ste 599     Weldon Spring, MO 63304−2225
5319179     WEBBANK     Attn: Bankruptcy     PO Box 939069     San Diego, CA 92193−9069

TOTAL: 32